**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re: ) | |
| ) | |
| GREGORY S. BUSSELL, and ) | No. 15-cv-13628 |
| JENNIFER K. BUSSELL, ) | |
| ) | |
| Debtors. ) | |

**LIST OF CREDITORS**

Acura Financial Services
P.O. Box 650200
MD 21605-0200

BMW of North America
P.O. Box 78066
Phoenix, AZ 85062-8066

Chase Bank USA, N. A.
PO Box 24696
Columbus, OH 43224

Chase Visa
PO Box 36520
Louisville, KY 40233-6520

Chase Visa
PO Box 36520
Louisville, KY 40233-6520

Citi Cards
Processing Center
Des Moines, IA 50363-0005

Cornerstone Education Loan Servicin
P.O. Box 145122
Salt Lake City, UT 84114-5122

Discover Card
P.O. Box 6103
Carol Stream, IL 60197-6103

Harris Bank
111 W. Monroe Street
Chicago, IL 60603

KJZM, LLC
c\o Debtor

Matthew Hevrin
Hinshaw & Culbertson
222 N La Salle St, Ste 300
Chicago, IL 60601

RBS Construction
813 S. Mitchell Ave.
Arlington Height, IL 60005

RBS Construction
813 S. Mitchell Ave
Arlington Heights, IL 60005

Wintrust Bank
190 S. LaSalle Street
Chicago, IL 60607

  /s/ Richard H. Fimoff
Richard H. Fimoff (#804886)
Robbins, Salomon & Patt, Ltd.
Attorneys for Debtors
180 North LaSalle Street, Suite 3300
Chicago IL  60601
312/782-9000