**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | Chapter 7 |
| | ) | |
| **Gregory & Jennifer Bussell** | ) | No. 15 B 13628 |
| | ) | |
| Debtor. | ) | Judge Goldgar |

### NOTICE

TO:  -Office of the U.S. Trustee - Service through CM/ECF
    -Richard H Fimoff - Service through CM/ECF
    -Gregory & Jennifer Bussell, 23683 Kingston Row, Lincolnshire, IL 60069

PLEASE TAKE NOTICE that on the 8th day of May, 2015 at the hour of 1:00 p.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable **A. BENJAMIN GOLDGAR**, Bankruptcy Judge, in the Courtroom usually assigned to him North Branch Court, 1792 Nicole Lane, Round Lake Beach, IL 60073 and then and there present the attached Application, at which time and place you may appear, if you so see fit.

/s/ Joseph E. Cohen
Cohen & Krol
105 W. Madison St., Ste 1100
Chicago, IL 60602
312/368-0300

### CERTIFICATE OF SERVICE

Joseph E. Cohen, being first duly sworn on oath, deposes and states that he served a copy of the foregoing Notice together with a copy of the Motion attached thereto via CM/ECF or by U.S. First Class Mail directed to the persons shown on the attached Service List, this 27th day of April, 2015.

/s/ Joseph E. Cohen

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | Chapter 7 |
| | ) | |
| **Gregory & Jennifer Bussell** | ) | No. 15 B 13628 |
| | ) | |
| Debtor. | ) | Judge Goldgar |

### APPLICATION TO EMPLOY ATTORNEYS FOR TRUSTEE

TO THE HONORABLE **A. BENJAMIN GOLDGAR,**
   BANKRUPTCY JUDGE

Now comes, JOSEPH E. COHEN, Trustee herein, and respectfully represents unto this Honorable Court as follows:

1. That he is the duly appointed, qualified and acting Trustee in the above-captioned proceeding.

2. That legal services are necessary in the nature of examination of legal documents, possible sale of both personal and real property, investigation into possible preferential transfers or fraudulent conveyances, and review of related business entities.

3. Your Trustee further represents that JOSEPH E. COHEN, GINA B. KROL and E. PHILIP GROBEN of the firm of COHEN & KROL are duly authorized to practice law before this Honorable Court, are familiar with bankruptcy proceedings and that no conflict exists between the Trustee, JOSEPH E. COHEN, GINA B. KROL and E. PHILIP GROBEN, the creditors herein, the Debtor, or any person whomsoever entrusted in the within proceedings.

4. Your Trustee further represents to this Honorable Court that it would be for the best interest of this Estate and of the creditors herein that JOSEPH E. COHEN, GINA B.

KROL and E. PHILIP GROBEN be authorized to perform all legal duties and services and obligations as might be required in the administration of this Estate and that compensation for such legal services be hereinafter determined in the within proceedings.

5.  The to the best of the Trustee's knowledge, JOSEPH E. COHEN, GINA B. KROL and E. PHILIP GROBEN   of the firm of COHEN & KROL, have no connection with the Debtor, any creditor, any other party in interest including their respective attorneys and accountants, the United States Trustee or any person employed in the Office of the U. S. Trustee.

6.  That additional hereto and made a part hereof, is the Affidavit of JOSEPH E. COHEN, GINA B. KROL and E. PHILIP GROBEN of the firm of COHEN & KROL.

WHEREFORE, JOSEPH E. COHEN, Trustee herein, prays for the entry of an Order authorizing said Trustee to employ JOSEPH E. COHEN, GINA B. KROL and E. PHILIP GROBEN of the firm of COHEN & KROL, to perform all legal services necessary or required in the administration of this Estate, and a compensation for services as said attorneys to be hereinafter determined by this Court, and for such other and further relief as the Court shall deem proper.

| | |
|---|---|
| JOSEPH E. COHEN | JOSEPH E. COHEN, Trustee |
| GINA B. KROL | |
| E. PHILIP GROBEN | |
| COHEN & KROL | |
| 105 W. Madison St., Ste 1100 | BY:   /s/    JOSEPH E. COHEN |
| Chicago, IL 60602 | One of Attorneys for Trustee |
| 312/368-0300 | |