APPEARANCE

**United States Bankruptcy Court**
EASTERN DIVISION
For the __Northern__ District of __Illinois__

In re
Gregory S. Bussell and Jeniffer K. Bussell     )
)   Case No. 15-13628
)
)
)

I, THE UNDERSIGNED, HEREBY FILE MY APPEARANCE AS ATTORNEY FOR

BMO HARRIS BANK, N.A., FORMERLY KNOWN AS HARRIS N.A., AS ASSIGNEE OF THE FEDERAL DEPOSIT INSURANCE CORPORATION AS THE RECIEVER FOR AMCORE BANK, N.A., Creditor

| | |
|---|---|
| MATTHEW M. HEVRIN | HINSHAW & CULBERTSON LLP |
| Print Name on this Line | Firm Name |
| /s/Matthew M. Hevrin | FIRM ID NUMBER: |
| Signature | 100 PARK AVENUE |
| ATTORNEY ID NUMBER    6256083 | Street Address |
| | ROCKFORD      IL      61101 |
| | City           State   Zip |
| | Telephone    815-490-4900 |

Trial Attorneys*

_____
Print Name

*Request is made for trial attorney to avoid possible conflicts in scheduling.

DATED: _____

