Form NTCFTFC7

# United States Bankruptcy Court

*Northern District of Illinois*

*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

In Re:

Gregory S Bussell
23683 Kingston Row
Lincolnshire, IL 60069
SSN: xxx–xx–7757 EIN: N.A.

Jennifer K Bussell
23683 Kingston Row
Lincolnshire, IL 60069
SSN: xxx–xx–4734 EIN: N.A.

Case No. :   15–13628
Chapter :    7
Judge :      A. Benjamin Goldgar

---

Debtor's Attorney:
Richard H Fimoff
Robbins, Salomon & Patt Ltd
180 North LaSalle Street
Suite 3300
Chicago, IL 60601

312 456–0185

Trustee:
Joseph E Cohen
Cohen & Krol
105 West Madison Suite 1100
Chicago, IL 60602

312 368–0300

## NOTICE FIXING TIME FOR FILING CLAIMS

To the Debtor(s), Creditors, and other Parties in Interest:

A petition under Chapter 7 of the U.S. Bankruptcy Code has been filed by (or against) the above−named debtor(s) on *April 16, 2015* .

1. *August 21, 2015* is fixed as the last day for the filing of claims by creditors other than governmental units.

2. *October 13, 2015* is fixed as the last day for the filing of claims by governmental units.

In order to have a claim allowed and share in any distribution from the estate, a creditor must file a claim, whether or not the creditor was included in the schedules filed by the debtor(s). Claims which are not filed on or before the date fixed as the last day for the filing of claims as specified in #1 and #2 above, will not be timely, except as otherwise provided by law.

**Attorneys must file this claim electronically via the CM/ECF system. Non−Attorneys may file in person or by mail at the Clerk of the Bankruptcy Court's address shown at the top of the form. A Proof of Claim form ("Official Form B 10") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerks office.**

For the Court,

Dated: May 21, 2015

Jeffrey P. Allsteadt , Clerk
United States Bankruptcy Court