# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| In re: | § | |
|---|---|---|
| | § | |
| BUSSELL, GREGORY S | § | Case No. 15-13628 |
| BUSSELL, JENNIFER K | § | |
| | § | |
| | § | |
| Debtors | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 04/16/2015. The undersigned trustee was appointed on 04/16/2015.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $ 167,377.00

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 80.05 |
| Bank service fees | 2,980.26 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1] | $ 164,316.69 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 08/21/2015 and the deadline for filing governmental claims was 10/13/2015 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 11,618.85 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 11,618.85 , for a total compensation of $ 11,618.85 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 70.98 , for total expenses of $ 70.98 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/24/2017              By:/s/JOSEPH E. COHEN
                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit A

| Case No: | 15-13628 ABG Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | BUSSELL, GREGORY S | Date Filed (f) or Converted (c): | 04/16/15 (f) |
| | BUSSELL, JENNIFER K | 341(a) Meeting Date: | 06/18/15 |
| For Period Ending: | 08/24/17 | Claims Bar Date: | 08/21/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 23683 Kingston Row, Lincolnshire, IL 60069 | 820,000.00 | 0.00 | | 0.00 | FA |
| 2. Chase Bank checking account, 2287498 In debtor's p | 74.00 | 0.00 | | 0.00 | FA |
|    Chase Bank checking account, 2287498 In debtor's possession | | | | | |
| 3. North Shore Community Bank, account 0330007483 In | 75.60 | 0.00 | | 0.00 | FA |
|    North Shore Community Bank, account 0330007483 In debtor's possession | | | | | |
| 4. North Shore Community Bank checking account 030001 | 491.04 | 0.00 | | 0.00 | FA |
|    North Shore Community Bank checking account 0300019904 In debtor's possession | | | | | |
| 5. Katherine Bussell, account no. 601678878 Chase Ban | 5.83 | 0.00 | | 0.00 | FA |
|    Katherine Bussell, account no. 601678878 Chase Bank As a minor, held jointly with debtor | | | | | |
| 6. Jackson Bussell, account no. 601695286 Chase Bank | 16.69 | 0.00 | | 0.00 | FA |
|    Jackson Bussell, account no. 601695286 Chase Bank As a minor held jointly with debtor | | | | | |
| 7. Piano In debtor's possession | 6,000.00 | 0.00 | | 6,000.00 | FA |
|    Piano In debtor's possession | | | | | |
| 8. Ordinary furniture and household goods for 4 bedro | 3,000.00 | 0.00 | | 3,000.00 | FA |
|    Ordinary furniture and household goods for 4 bedroom house | | | | | |
| 9. Ordinary wearing apparel for debtors In debtor's p | 2,500.00 | 0.00 | | 0.00 | FA |
|    Ordinary wearing apparel for debtors In debtor's possession | | | | | |
| 10. Wedding ring In debtor's possession | 5,000.00 | 0.00 | | 500.00 | FA |
|    Wedding ring In debtor's possession | | | | | |
| 11. Minnesota Life Insurance, policy 2546813WW Term li | 0.00 | 0.00 | | 0.00 | FA |
|    Minnesota Life Insurance, policy 2546813WW Term life policy No cash value In debtor's possession | | | | | |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| Case No: | 15-13628 | ABG | Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|---|
| Case Name: | BUSSELL, GREGORY S | | | Date Filed (f) or Converted (c): | 04/16/15 (f) |
| | BUSSELL, JENNIFER K | | | 341(a) Meeting Date: | 06/18/15 |
| | | | | Claims Bar Date: | 08/21/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 12. ING Life Insurance policy AD20417209 Term insuranc | 0.00 | 0.00 | | 0.00 | FA |
| ING Life Insurance policy AD20417209 Term insurance no cash value In debtor's possession | | | | | |
| 13. INB Life Insurance policy RL3230566M Term insuranc | 0.00 | 0.00 | | 0.00 | FA |
| INB Life Insurance policy RL3230566M Term insurance No cash value In debtor's possession | | | | | |
| 14. Minnesota Life insurance policy 2551633W Jennifer | 0.00 | 0.00 | | 0.00 | FA |
| Minnesota Life insurance policy 2551633W Jennifer Term insurance No cash value In debtor's possession | | | | | |
| 15. ING Life Insurance policy AD20424161 Term insuranc | 0.00 | 0.00 | | 0.00 | FA |
| ING Life Insurance policy AD20424161 Term insurance No cash value Jennifer In debtor's possession | | | | | |
| 16. Katherine Bussell, Bright Star account #5000012968 | 192,000.00 | 0.00 | | 0.00 | FA |
| Katherine Bussell, Bright Star account #5000012968 In debtor's possession | | | | | |
| 17. Jackson Bussell Bright Star account #5000013306 In | 173,000.00 | 0.00 | | 0.00 | FA |
| Jackson Bussell Bright Star account #5000013306 In debtor's possession | | | | | |
| 18. Total 401 k and retirement funds for both debtors | 800,000.00 | 0.00 | | 0.00 | FA |
| Total 401 k and retirement funds for both debtors In debtor's possession | | | | | |
| 19. KJZM, LLC, Illinois limited liability company 100% | 0.00 | 0.00 | | 0.00 | FA |
| KJZM, LLC, Illinois limited liability company 100% membership interest former titleholder of real estate which has been sold. In debtor's possession | | | | | |
| 20. Ear, Nose & Throat Specialists of Illinois, Ltd. m | 36,000.00 | 0.00 | | 50,000.00 | FA |
| Ear, Nose & Throat Specialists of Illinois, Ltd. medical professional corporation Shareholder, 16.666% restricted stock - redemption value In | | | | | |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 3

Exhibit A

| Case No: | 15-13628  ABG  Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | BUSSELL, GREGORY S | Date Filed (f) or Converted (c): | 04/16/15 (f) |
| | BUSSELL, JENNIFER K | 341(a) Meeting Date: | 06/18/15 |
| | | Claims Bar Date: | 08/21/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| debtor's possession | | | | | |
| 21. Hearing Professionals of Illiniois, Ltd. f/k/a Aud | 12,000.00 | 0.00 | | 20,000.00 | FA |
| Hearing Professionals of Illiniois, Ltd. f/k/a Audiological Laboratory, Ltd., a professional audiological analytical testing corporation Shareholder, 16.666% restricted stock redemption value In debtor's possession | | | | | |
| 22. ASTC Services, Ltd. 1.793893% limited partnership | 40,000.00 | 0.00 | | 49,800.00 | FA |
| ASTC Services, Ltd. 1.793893% limited partnership interest redemption value In debtor's possession | | | | | |
| 23. Loans to KJZM, LLC uncollectible, property has bee | 52,500.00 | 0.00 | | 0.00 | FA |
| Loans to KJZM, LLC uncollectible, property has been sold and deficiency due of approximately $1,000,000 | | | | | |
| 24. 2014 tax refund | Unknown | 0.00 | | 37,377.00 | FA |
| 2014 tax refund | | | | | |
| 25. 2012 BMW 328 Convertible In debtor's possession | 29,000.00 | 0.00 | | 0.00 | FA |
| 2012 BMW 328 Convertible In debtor's possession | | | | | |
| 26. 2005 Volvo XC-90 85,000 miles In debtor's possessi | 5,000.00 | 0.00 | | 200.00 | FA |
| 2005 Volvo XC-90 85,000 miles In debtor's possession | | | | | |
| 27. 2004 Honda Accord 110,000 miles In debtor's posses | 2,500.00 | 0.00 | | 500.00 | FA |
| 2004 Honda Accord 110,000 miles In debtor's possession | | | | | |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)           $2,179,163.16           $0.00           $167,377.00           $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Case 15-13628   Doc 53   Filed 09/22/17   Entered 09/22/17 14:52:25   Desc Main
Document      Page 6 of 12

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 4
Exhibit A

| | | |
|---|---|---|
| Case No: | 15-13628    ABG    Judge: A. BENJAMIN GOLDGAR | Trustee Name:           JOSEPH E. COHEN |
| Case Name: | BUSSELL, GREGORY S | Date Filed (f) or Converted (c):   04/16/15 (f) |
| | BUSSELL, JENNIFER K | 341(a) Meeting Date:     06/18/15 |
| | | Claims Bar Date:        08/21/15 |

TAX RETURNS FILED AND PREPARING TFR - 7/31/17.  TFR TO FOLLOW - 6/27/17. AWAITING TAX RETURNS 4/30/17.
ACCOUNTANT IS BEING EMPLOYED; TFR TO FOLLOW - 1/11/17.  TRUSTEE REVIEWING CLAIMS - 10/30/16.  TRUSTEE HAS SOLD VARIOUS
ASSETS BACK TO THE DEBTORS - 7-30-16.  TRUSTEE NEGOTIATING WITH DEBTOR FOR SALE OF ASSETS - 4/30/16.  TRUSTEE REVIEWING
RECORDS IN HIS POSSESSION - 01/30/16. DEBTOR WANTS TO PURCHASE CERTAIN ASSETS BACK FROM THE TRUSTEE - Oct. 31, 2015.
TRUSTEE HAS REQUESTED VARIOUS BOOKS AND RECORDS FROM DEBTOR - July 30, 2015.

Initial Projected Date of Final Report (TFR): 06/30/17         Current Projected Date of Final Report (TFR): 12/31/17

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit B

| Case No: | 15-13628 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | BUSSELL, GREGORY S | | Bank Name: | ASSOCIATED BANK |
| | BUSSELL, JENNIFER K | | Account Number / CD #: | *******6439 Checking Account |
| Taxpayer ID No: | *******3837 | | | |
| For Period Ending: | 08/24/17 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/12/16 | * NOTE * | Robbins, Salomon & Patt, Ltd. 180 N LaSalle St, Ste 3300 Chicago, IL 60601 | Sale proceeds * NOTE * Properties 7, 8, 10, 20, 21, 22, 26, 27 | 1129-000 | 130,000.00 | | 130,000.00 |
| 08/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 118.42 | 129,881.58 |
| 08/25/16 | 24 | ROBBINS, SALOMON & PATT, LTD 180 N LASALLE STREET, STE 330 CHICAGO, IL 60601 | 2014 TAX REFUND TURNOVER | 1124-000 | 13,147.80 | | 143,029.38 |
| 08/25/16 | 24 | ROBBINS, SALOMON & PATT, LTD 180 N LASALLE STREET, SUITE 3300 CHICAGO, IL 60601 | 2014 TAX REFUND TURNOVER | 1124-000 | 24,229.20 | | 167,258.58 |
| 09/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 205.61 | 167,052.97 |
| 10/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 240.35 | 166,812.62 |
| 11/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 248.00 | 166,564.62 |
| 12/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 239.65 | 166,324.97 |
| 01/09/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 247.28 | 166,077.69 |
| 02/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 246.94 | 165,830.75 |
| * 02/20/17 | 300001 | INTERNATIONAL SURETIES, LTD. 701 Poydras Street, Ste 420 New Orleans, LA 70139 | BOND#016073584 | 2300-004 | | 80.05 | 165,750.70 |
| 03/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 222.69 | 165,528.01 |
| 04/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 246.21 | 165,281.80 |
| 05/05/17 | 300002 | INTERNATIONAL SURETIES, LTD. 701 Poydras Street, Ste 420 New Orleans, LA 70139 | BOND#016073584 | 2300-000 | | 80.05 | 165,201.75 |
| 05/05/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 237.92 | 164,963.83 |
| * 05/08/17 | 300001 | INTERNATIONAL SURETIES, LTD. 701 Poydras Street, Ste 420 New Orleans, LA 70139 | Stop Payment Reversal STOP PAY ADD SUCCESSFUL | 2300-004 | | -80.05 | 165,043.88 |

Page Subtotals 167,377.00 2,333.12

FORM 2

Page: 2
Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 15-13628 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | BUSSELL, GREGORY S | Bank Name: | ASSOCIATED BANK |
| | BUSSELL, JENNIFER K | Account Number / CD #: | *******6439  Checking Account |
| Taxpayer ID No: | *******3837 | | |
| For Period Ending: | 08/24/17 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 245.39 | 164,798.49 |
| 07/10/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 237.11 | 164,561.38 |
| 08/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 244.69 | 164,316.69 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 167,377.00 | 3,060.31 | 164,316.69 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 167,377.00 | 3,060.31 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 167,377.00 | 3,060.31 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********6439 | 167,377.00 | 3,060.31 | 164,316.69 |
| | 167,377.00 | 3,060.31 | 164,316.69 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     0.00     727.19

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: August 24, 2017 |
|---|---|---|---|---|---|---|

Case Number: 15-13628
Debtor Name: BUSSELL, GREGORY S

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>2100-00 | JOSEPH E. COHEN, Trustee<br>105 West Madison Street<br>Chicago, IL 60602 | Administrative | | $11,689.83 | $0.00 | $11,689.83 |
| 001<br>3410-00 | COOKE & LEWIS, LTD.<br>333 Skokie Blvd.<br>Suite 104<br>Northbrook, IL 60062 | Administrative | | $3,368.75 | $0.00 | $3,368.75 |
| 001<br>3110-00 | COHEN & KROL<br>105 West Madison Street<br>Chicago, IL 60602 | Administrative | | $3,463.38 | $0.00 | $3,463.38 |
| BOND<br>999<br>2300-00 | INTERNATIONAL SURETIES, LTD.<br>701 Poydras Street, Ste 420<br>New Orleans, LA 70139 | Administrative | | $80.05 | $80.05 | $0.00 |
| 000003<br>050<br>4210-00 | Acura Financial Services<br>PO Box 168088<br>Irving, TX 75016 | Secured - Leased Vehicle | | $37,020.23 | $0.00 | $37,020.23 |
| 000001<br>070<br>7100-00 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $16,466.62 | $0.00 | $16,466.62 |
| 000002<br>070<br>7100-00 | BMO Harris Bank, N.A. f/k/a Harris N.A<br>c/o Matthew M. Hevrin<br>Hinshaw & Culbertson LLP<br>100 Park Ave.<br>Rockford, IL 61101 | Unsecured | | $1,093,329.89 | $0.00 | $1,093,329.89 |
| 000004<br>070<br>7100-00 | Synchrony Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Unsecured | | $4,323.84 | $0.00 | $4,323.84 |
| 000005<br>070<br>7100-00 | Citibank, N.A.<br>c/o Quantum 3 Group LLC<br>PO Box 280<br>Kirkland, WA 98083 | Unsecured | | $13,230.63 | $0.00 | $13,230.63 |
| | Case Totals: | | | $1,182,973.22 | $80.05 | $1,182,893.17 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 15-13628
Case Name: BUSSELL, GREGORY S
            BUSSELL, JENNIFER K
Trustee Name: JOSEPH E. COHEN

   Balance on hand              $    164,316.69

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000003 | Acura Financial Services PO Box 168088 Irving, TX 75016 | $ 37,020.23 | $ 37,020.23 | $ 0.00 | $ 0.00 |

  Total to be paid to secured creditors         $    0.00

  Remaining Balance             $   164,316.69

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH E. COHEN | $ 11,618.85 | $ 0.00 | $ 11,618.85 |
| Trustee Expenses: JOSEPH E. COHEN | $ 70.98 | $ 0.00 | $ 70.98 |
| Attorney for Trustee Fees: COHEN & KROL | $ 3,459.50 | $ 0.00 | $ 3,459.50 |
| Attorney for Trustee Expenses: COHEN & KROL | $ 3.88 | $ 0.00 | $ 3.88 |
| Accountant for Trustee Fees: COOKE & LEWIS, LTD. | $ 3,368.75 | $ 0.00 | $ 3,368.75 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 80.05 | $ 80.05 | $ 0.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 18,521.96 |
| Remaining Balance | $ 145,794.73 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,127,350.98 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 12.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | $ 16,466.62 | $ 0.00 | $ 2,129.55 |
| 000002 | BMO Harris Bank, N.A. f/k/a Harris N.A<br>c/o Matthew M. Hevrin<br>Hinshaw & Culbertson LLP<br>100 Park Ave.<br>Rockford, IL 61101 | $ 1,093,329.89 | $ 0.00 | $ 141,394.95 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000004 | Synchrony Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | $ 4,323.84 | $ 0.00 | $ 559.18 |
| 000005 | Citibank, N.A.<br>c/o Quantum 3 Group LLC<br>PO Box 280<br>Kirkland, WA 98083 | $ 13,230.63 | $ 0.00 | $ 1,711.05 |

|  |  |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 145,794.73 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

UST Form 101-7-TFR (5/1/2011) *(Page: 12)*