IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN CHAPTER 7 |
| | ) | |
| **GREGORY S. BUSSELL** | ) | |
| **JENNIFER K. BUSSELL,** | ) | No. 15-13628 |
| | ) | |
| Debtor(s) | ) | |

## PROOF OF SERVICE

TO:   See Attached List

I, JOSEPH E. COHEN, state that copies of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object, was sent on September 25, 2017, by First Class U.S. Mail and/or ECF to the persons shown on the attached service list.

JOSEPH E. COHEN
COHEN & KROL
105 West Madison Street
Suite 1100
Chicago, IL   60602
312-368-0300                             BY: /s/ Joseph E. Cohen
                                              One of His Attorney

| | | |
|---|---|---|
| BMO Harris Bank, N.A. f/k/a Harris N.A<br>c/o Matthew M. Hevrin<br>Hinshaw & Culbertson LLP<br>100 Park Ave.<br>Rockford, IL 61101-1099 | Citibank, N.A.<br>c/o Quantum 3 Group LLC<br>PO Box 280<br>Kirkland, WA 98083-0280 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH  43054-3025 |
| Gregory S Bussell<br>23683 Kingston Row<br>Lincolnshire, IL 60069-2006 | Jennifer K Bussell<br>23683 Kingston Row<br>Lincolnshire, IL 60069-2006 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 |
| Richard H Fimoff<br>Robbins, Salomon & Patt Ltd<br>180 North LaSalle Street<br>Suite 3300<br>Chicago, IL 60601-2808 | Synchrony Bank<br>c/o Recovery Management Systems Corp.<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | |