UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| BUSSELL, GREGORY S | § | Case No. 15-13628 |
| BUSSELL, JENNIFER K | § | |
| | § | |
| Debtors | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH E. COHEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 1,674,022.52 *(Without deducting any secured claims)* | Assets Exempt: 407,770.64 |
| Total Distributions to Claimants: 145,794.73 | Claims Discharged Without Payment: 2,244,008.25 |
| Total Expenses of Administration: 21,582.27 | |

3) Total gross receipts of $ 167,377.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 167,377.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 841,000.00 | $ 37,020.23 | $ 37,020.23 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 21,582.27 | 21,582.27 | 21,582.27 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 1,262,452.00 | 1,127,350.98 | 1,127,350.98 | 145,794.73 |
| **TOTAL DISBURSEMENTS** | $ 2,103,452.00 | $ 1,185,953.48 | $ 1,185,953.48 | $ 167,377.00 |

4) This case was originally filed under chapter 7 on 04/16/2015 . The case was pending for 35 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/15/2018           By:/s/JOSEPH E. COHEN
                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2014 tax refund | 1124-000 | 37,377.00 |
| Piano In debtor's possession | 1129-000 | 6,000.00 |
| Ordinary furniture and household goods for 4 bedro | 1129-000 | 3,000.00 |
| Wedding ring In debtor's possession | 1129-000 | 500.00 |
| Ear, Nose & Throat Specialists of Illinois, Ltd. m | 1129-000 | 50,000.00 |
| Hearing Professionals of Illiniois, Ltd. f/k/a Aud | 1129-000 | 20,000.00 |
| ASTC Services, Ltd. 1.793893% limited partnership | 1129-000 | 49,800.00 |
| 2005 Volvo XC-90 85,000 miles In debtor's possessi | 1129-000 | 200.00 |
| 2004 Honda Accord 110,000 miles In debtor's posses | 1129-000 | 500.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 167,377.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $ 0.00 |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | BMW of North America P.O. Box 78066 Phoenix, AZ 85062-8066 | | 27,000.00 | NA | NA | 0.00 |
| | Chase Bank USA, N. A. PO Box 24696 Columbus, OH 43224 | | 709,000.00 | NA | NA | 0.00 |
| | Wintrust Bank 190 S. LaSalle Street Chicago, IL 60607 | | 105,000.00 | NA | NA | 0.00 |
| 000003 | ACURA FINANCIAL SERVICES | 4210-000 | NA | 37,020.23 | 37,020.23 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $ 841,000.00 | $ 37,020.23 | $ 37,020.23 | $ 0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH E. COHEN, TRUSTEE | 2100-000 | NA | 11,618.85 | 11,618.85 | 11,618.85 |
| JOSEPH E. COHEN, TRUSTEE | 2200-000 | NA | 70.98 | 70.98 | 70.98 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 80.05 | 80.05 | 80.05 |
| ASSOCIATED BANK | 2600-000 | NA | 2,980.26 | 2,980.26 | 2,980.26 |
| COHEN & KROL | 3110-000 | NA | 2,306.33 | 2,306.33 | 2,306.33 |
| JOSEPH E. COHEN | 3110-000 | NA | 1,153.17 | 1,153.17 | 1,153.17 |
| COHEN & KROL | 3120-000 | NA | 3.88 | 3.88 | 3.88 |
| COOKE & LEWIS, LTD. | 3410-000 | NA | 3,368.75 | 3,368.75 | 3,368.75 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 21,582.27 | $ 21,582.27 | $ 21,582.27 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Visa PO Box 36520 Louisville, KY 40233-6520 | | 14,000.00 | NA | NA | 0.00 |
| | Chase Visa PO Box 36520 Louisville, KY 40233-6520 | | 3,400.00 | NA | NA | 0.00 |
| | Citi Cards Processing Center Des Moines, IA 50363-0005 | | 13,000.00 | NA | NA | 0.00 |
| | Cornerstone Education Loan Servicin P.O. Box 145122 Salt Lake City, UT 84114-5122 | | 105,000.00 | NA | NA | 0.00 |
| | Discover Card P.O. Box 6103 Carol Stream, IL 60197-6103 | | 15,000.00 | NA | NA | 0.00 |
| | Harris Bank 111 W. Monroe Street Chicago, IL 60603 | | 1,100,000.00 | NA | NA | 0.00 |
| | RBS Construction 813 S. Mitchell Ave. Arlington Height, IL 60005 | | 12,052.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002 | BMO HARRIS BANK, N.A. F/K/A HARRIS | 7100-000 | NA | 1,093,329.89 | 1,093,329.89 | 141,394.95 |
| 000005 | CITIBANK, N.A. | 7100-000 | NA | 13,230.63 | 13,230.63 | 1,711.05 |
| 000001 | DISCOVER BANK | 7100-000 | NA | 16,466.62 | 16,466.62 | 2,129.55 |
| 000004 | SYNCHRONY BANK | 7100-000 | NA | 4,323.84 | 4,323.84 | 559.18 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 1,262,452.00 | $ 1,127,350.98 | $ 1,127,350.98 | $ 145,794.73 |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 15-13628   ABG   Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | BUSSELL, GREGORY S | Date Filed (f) or Converted (c): | 04/16/15 (f) |
|  | BUSSELL, JENNIFER K | 341(a) Meeting Date: | 06/18/15 |
| For Period Ending: | 02/15/18 | Claims Bar Date: | 08/21/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 23683 Kingston Row, Lincolnshire, IL 60069 | 820,000.00 | 0.00 |  | 0.00 | FA |
| 2. Chase Bank checking account, 2287498 In debtor's p | 74.00 | 0.00 |  | 0.00 | FA |
| Chase Bank checking account, 2287498 In debtor's possession |  |  |  |  |  |
| 3. North Shore Community Bank, account 0330007483 In | 75.60 | 0.00 |  | 0.00 | FA |
| North Shore Community Bank, account 0330007483 In debtor's possession |  |  |  |  |  |
| 4. North Shore Community Bank checking account 030001 | 491.04 | 0.00 |  | 0.00 | FA |
| North Shore Community Bank checking account 0300019904 In debtor's possession |  |  |  |  |  |
| 5. Katherine Bussell, account no. 601678878 Chase Ban | 5.83 | 0.00 |  | 0.00 | FA |
| Katherine Bussell, account no. 601678878 Chase Bank As a minor, held jointly with debtor |  |  |  |  |  |
| 6. Jackson Bussell, account no. 601695286 Chase Bank | 16.69 | 0.00 |  | 0.00 | FA |
| Jackson Bussell, account no. 601695286 Chase Bank As a minor held jointly with debtor |  |  |  |  |  |
| 7. Piano In debtor's possession | 6,000.00 | 0.00 |  | 6,000.00 | FA |
| Piano In debtor's possession |  |  |  |  |  |
| 8. Ordinary furniture and household goods for 4 bedro | 3,000.00 | 0.00 |  | 3,000.00 | FA |
| Ordinary furniture and household goods for 4 bedroom house |  |  |  |  |  |
| 9. Ordinary wearing apparel for debtors In debtor's p | 2,500.00 | 0.00 |  | 0.00 | FA |
| Ordinary wearing apparel for debtors In debtor's possession |  |  |  |  |  |
| 10. Wedding ring In debtor's possession | 5,000.00 | 0.00 |  | 500.00 | FA |
| Wedding ring In debtor's possession |  |  |  |  |  |
| 11. Minnesota Life Insurance, policy 2546813WW Term li | 0.00 | 0.00 |  | 0.00 | FA |
| Minnesota Life Insurance, policy 2546813WW Term life policy No cash value In debtor's possession |  |  |  |  |  |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit 8

| Case No: | 15-13628 | ABG | Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|---|
| Case Name: | BUSSELL, GREGORY S | | | Date Filed (f) or Converted (c): | 04/16/15 (f) |
| | BUSSELL, JENNIFER K | | | 341(a) Meeting Date: | 06/18/15 |
| | | | | Claims Bar Date: | 08/21/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 12. ING Life Insurance policy AD20417209 Term insuranc | 0.00 | 0.00 | | 0.00 | FA |
| ING Life Insurance policy AD20417209 Term insurance no cash value In debtor's possession | | | | | |
| 13. INB Life Insurance policy RL3230566M Term insuranc | 0.00 | 0.00 | | 0.00 | FA |
| INB Life Insurance policy RL3230566M Term insurance No cash value In debtor's possession | | | | | |
| 14. Minnesota Life insurance policy 2551633W Jennifer | 0.00 | 0.00 | | 0.00 | FA |
| Minnesota Life insurance policy 2551633W Jennifer Term insurance No cash value In debtor's possession | | | | | |
| 15. ING Life Insurance policy AD20424161 Term insuranc | 0.00 | 0.00 | | 0.00 | FA |
| ING Life Insurance policy AD20424161 Term insurance No cash value Jennifer In debtor's possession | | | | | |
| 16. Katherine Bussell, Bright Star account #5000012968 | 192,000.00 | 0.00 | | 0.00 | FA |
| Katherine Bussell, Bright Star account #5000012968 In debtor's possession | | | | | |
| 17. Jackson Bussell Bright Star account #5000013306 In | 173,000.00 | 0.00 | | 0.00 | FA |
| Jackson Bussell Bright Star account #5000013306 In debtor's possession | | | | | |
| 18. Total 401 k and retirement funds for both debtors | 800,000.00 | 0.00 | | 0.00 | FA |
| Total 401 k and retirement funds for both debtors In debtor's possession | | | | | |
| 19. KJZM, LLC, Illinois limited liability company 100% | 0.00 | 0.00 | | 0.00 | FA |
| KJZM, LLC, Illinois limited liability company 100% membership interest former titleholder of real estate which has been sold. In debtor's possession | | | | | |
| 20. Ear, Nose & Throat Specialists of Illinois, Ltd. m | 36,000.00 | 0.00 | | 50,000.00 | FA |
| Ear, Nose & Throat Specialists of Illinois, Ltd. medical professional corporation Shareholder, 16.666% restricted stock - redemption value In | | | | | |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 3
Exhibit 8

| Case No: | 15-13628   ABG   Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | BUSSELL, GREGORY S | Date Filed (f) or Converted (c): | 04/16/15 (f) |
|  | BUSSELL, JENNIFER K | 341(a) Meeting Date: | 06/18/15 |
|  |  | Claims Bar Date: | 08/21/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| debtor's possession |  |  |  |  |  |
| 21. Hearing Professionals of Illiniois, Ltd. f/k/a Aud | 12,000.00 | 0.00 |  | 20,000.00 | FA |
| Hearing Professionals of Illiniois, Ltd. f/k/a Audiological Laboratory, Ltd., a professional audiological analytical testing corporation Shareholder, 16.666% restricted stock redemption value In debtor's possession |  |  |  |  |  |
| 22. ASTC Services, Ltd. 1.793893% limited partnership | 40,000.00 | 0.00 |  | 49,800.00 | FA |
| ASTC Services, Ltd. 1.793893% limited partnership interest redemption value In debtor's possession |  |  |  |  |  |
| 23. Loans to KJZM, LLC uncollectible, property has bee | 52,500.00 | 0.00 |  | 0.00 | FA |
| Loans to KJZM, LLC uncollectible, property has been sold and deficiency due of approximately $1,000,000 |  |  |  |  |  |
| 24. 2014 tax refund | Unknown | 0.00 |  | 37,377.00 | FA |
| 2014 tax refund |  |  |  |  |  |
| 25. 2012 BMW 328 Convertible In debtor's possession | 29,000.00 | 0.00 |  | 0.00 | FA |
| 2012 BMW 328 Convertible In debtor's possession |  |  |  |  |  |
| 26. 2005 Volvo XC-90 85,000 miles In debtor's possessi | 5,000.00 | 0.00 |  | 200.00 | FA |
| 2005 Volvo XC-90 85,000 miles In debtor's possession |  |  |  |  |  |
| 27. 2004 Honda Accord 110,000 miles In debtor's posses | 2,500.00 | 0.00 |  | 500.00 | FA |
| 2004 Honda Accord 110,000 miles In debtor's possession |  |  |  |  |  |

|  |  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $2,179,163.16 | $0.00 |  | $167,377.00 | $0.00 |
|  |  |  |  |  | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 4
Exhibit 8

| | | |
|---|---|---|
| Case No: | 15-13628   ABG   Judge: A. BENJAMIN GOLDGAR | Trustee Name: JOSEPH E. COHEN |
| Case Name: | BUSSELL, GREGORY S | Date Filed (f) or Converted (c): 04/16/15 (f) |
| | BUSSELL, JENNIFER K | 341(a) Meeting Date: 06/18/15 |
| | | Claims Bar Date: 08/21/15 |

TRUSTEE PREPARING HIS TDR - 1/8/2018. TAX RETURNS FILED AND PREPARING TFR - 7/31/17.  TFR TO FOLLOW - 6/27/17.  AWAITING TAX RETURNS 4/30/17.
ACCOUNTANT IS BEING EMPLOYED; TFR TO FOLLOW - 1/11/17.  TRUSTEE REVIEWING CLAIMS - 10/30/16.  TRUSTEE HAS SOLD VARIOUS ASSETS BACK TO THE DEBTORS - 7-30-16.  TRUSTEE NEGOTIATING WITH DEBTOR FOR SALE OF ASSETS - 4/30/16.  TRUSTEE REVIEWING RECORDS IN HIS POSSESSION - 01/30/16. DEBTOR WANTS TO PURCHASE CERTAIN ASSETS BACK FROM THE TRUSTEE - Oct. 31, 2015.
TRUSTEE HAS REQUESTED VARIOUS BOOKS AND RECORDS FROM DEBTOR - July 30, 2015.

Initial Projected Date of Final Report (TFR): 06/30/17     Current Projected Date of Final Report (TFR): 12/31/17

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 15-13628 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | BUSSELL, GREGORY S | | Bank Name: | ASSOCIATED BANK |
| | BUSSELL, JENNIFER K | | Account Number / CD #: | *******6439 Checking Account |
| Taxpayer ID No: | *******3837 | | | |
| For Period Ending: | 02/15/18 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/12/16 | * NOTE * | Robbins, Salomon & Patt, Ltd. 180 N LaSalle St, Ste 3300 Chicago, IL 60601 | Sale proceeds * NOTE * Properties 7, 8, 10, 20, 21, 22, 26, 27 | 1129-000 | 130,000.00 | | 130,000.00 |
| 08/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 118.42 | 129,881.58 |
| 08/25/16 | 24 | ROBBINS, SALOMON & PATT, LTD 180 N LASALLE STREET, STE 330 CHICAGO, IL 60601 | 2014 TAX REFUND TURNOVER | 1124-000 | 13,147.80 | | 143,029.38 |
| 08/25/16 | 24 | ROBBINS, SALOMON & PATT, LTD 180 N LASALLE STREET, SUITE 3300 CHICAGO, IL 60601 | 2014 TAX REFUND TURNOVER | 1124-000 | 24,229.20 | | 167,258.58 |
| 09/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 205.61 | 167,052.97 |
| 10/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 240.35 | 166,812.62 |
| 11/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 248.00 | 166,564.62 |
| 12/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 239.65 | 166,324.97 |
| 01/09/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 247.28 | 166,077.69 |
| 02/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 246.94 | 165,830.75 |
| * 02/20/17 | 300001 | INTERNATIONAL SURETIES, LTD. 701 Poydras Street, Ste 420 New Orleans, LA 70139 | BOND#016073584 | 2300-004 | | 80.05 | 165,750.70 |
| 03/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 222.69 | 165,528.01 |
| 04/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 246.21 | 165,281.80 |
| 05/05/17 | 300002 | INTERNATIONAL SURETIES, LTD. 701 Poydras Street, Ste 420 New Orleans, LA 70139 | BOND#016073584 | 2300-000 | | 80.05 | 165,201.75 |
| 05/05/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 237.92 | 164,963.83 |
| * 05/08/17 | 300001 | INTERNATIONAL SURETIES, LTD. 701 Poydras Street, Ste 420 New Orleans, LA 70139 | Stop Payment Reversal STOP PAY ADD SUCCESSFUL | 2300-004 | | -80.05 | 165,043.88 |

Page Subtotals   167,377.00   2,333.12

Ver: 20.00g

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

FORM 2

Page: 2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 15-13628 -ABG | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | BUSSELL, GREGORY S | | Bank Name: | ASSOCIATED BANK |
| | BUSSELL, JENNIFER K | | Account Number / CD #: | *******6439  Checking Account |
| Taxpayer ID No: | *******3837 | | | |
| For Period Ending: | 02/15/18 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | | |
| | | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 245.39 | 164,798.49 |
| 07/10/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 237.11 | 164,561.38 |
| 08/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 244.69 | 164,316.69 |
| 10/23/17 | 300003 | JOSEPH E. COHEN, Trustee<br>105 West Madison Street<br>Chicago, IL 60602 | Trustee Fees<br>Trustee Fees | | | 11,689.83 | 152,626.86 |
| | | | Fees          11,618.85 | 2100-000 | | | |
| | | | Expenses          70.98 | 2200-000 | | | |
| 10/23/17 | 300004 | COOKE & LEWIS, LTD.<br>333 Skokie Blvd.<br>Suite 104<br>Northbrook, IL 60062 | Accountant  for Trustee fees<br>Accountant for Trustee fees | 3410-000 | | 3,368.75 | 149,258.11 |
| 10/23/17 | 300005 | COHEN & KROL<br>105 West Madison Street<br>Chicago, IL 60602 | Attorney for Trustee fees | | | 2,310.21 | 146,947.90 |
| | | | Fees           2,306.33 | 3110-000 | | | |
| | | | Expenses            3.88 | 3120-000 | | | |
| 10/23/17 | 300006 | JOSEPH E. COHEN<br>105 West Madison St.<br>Chicago, IL 60602 | Attorney for Trustee fees | 3110-000 | | 1,153.17 | 145,794.73 |
| 10/23/17 | 300007 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000001, Payment 12.93253% | 7100-000 | | 2,129.55 | 143,665.18 |
| 10/23/17 | 300008 | BMO Harris Bank, N.A. f/k/a Harris N.A<br>c/o Matthew M. Hevrin<br>Hinshaw & Culbertson LLP<br>100 Park Ave.<br>Rockford, IL 61101 | Claim 000002, Payment 12.93251%<br>(2-1) Money loaned/judgment | 7100-000 | | 141,394.95 | 2,270.23 |

Page Subtotals          0.00          162,773.65

Ver: 20.00g

LFORM24

UST Form 101-7-TDR (10/1/2010)  *(Page: 13)*

FORM 2

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 15-13628 -ABG |
| Case Name: | BUSSELL, GREGORY S |
| | BUSSELL, JENNIFER K |
| Taxpayer ID No: | *******3837 |
| For Period Ending: | 02/15/18 |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******6439  Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/23/17 | 300009 | Synchrony Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Claim 000004, Payment 12.93249%<br>(4-1) DICKS  MasterCard or GEMB or GECRB | 7100-000 | | 559.18 | 1,711.05 |
| 10/23/17 | 300010 | Citibank, N.A.<br>c/o Quantum 3 Group LLC<br>PO Box 280<br>Kirkland, WA 98083 | Claim 000005, Payment 12.93249%<br>(5-1) Unsecured Debt<br>(5-2)<br>modified on 5-11-16 to correct creditor address/name (nm) | 7100-000 | | 1,711.05 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 167,377.00 | 167,377.00 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 167,377.00 | 167,377.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 167,377.00 | 167,377.00 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - *******6439 | 167,377.00 | 167,377.00 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 167,377.00 | 167,377.00 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    2,270.23

Ver: 20.00g